22019.   FIRST NATIONAL BANK OF ATLANTA, Executor v. STATE HIGHWAY DEPARTMENT.

HEAD, Presiding Justice. This case is controlled by the rulings and judgment in *First Nat. Bank of Atlanta v. State Hwy. Dept.,* ante.

*Judgment reversed. All the Justices concur.*

ARGUED MAY 13, 1963—DECIDED MAY 29, 1963—
REHEARING DENIED JULY 3, 1963.

*Shirley C. Boykin, Hansell, Post, Brandon & Dorsey,* for plaintiff in error.

*Eugene Cook, Attorney General, Carter Goode, E. J. Summerour, Assistant Attorneys General, W. J. Wiggins,* contra.